IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL FILE NO. |
| v. | 1:09-CR-446-4-TWT |
| LUIS MANUEL HACES-DELGADO, | |
| Defendant. | |

ORDER

This is a criminal case. It is before the Court on the Report and Recommendation [Doc. 134] of the Magistrate Judge recommending denying the Defendant's Motion to Suppress [Doc. 75]. As set forth in the Report and Recommendation, Agent Nesbit had probable cause to obtain a search warrant to place an electronic tracking device on the 2000 Chevrolet Malibu. The Defendant's Objections are totally without merit. The Court approves and adopts the Report and Recommendation of the Magistrate Judge as the judgment of the Court. The Defendant's Motion to Suppress [Doc. 75] is DENIED.

SO ORDERED, this 4 day of November, 2010.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge